

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 26, 2026

**By ECF**
Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-27-26

Re:  *United States v. Jose Medina*, **26 Cr. 3 (LAK)**

Dear Judge Kaplan:

The Government respectfully writes to request an extension of its sentencing submission in the above-captioned matter, which is currently due June 2, 2026, as well as an adjournment of the June 9, 2026 sentencing. The Government makes this request because the final Presentence Investigation Report ("PSR") is not due until June 2, the same date as the Government's sentencing submission. The Government anticipates that there may be significant changes between the initial PSR and the final PSR, to account for factual corrections identified by the Government. In addition, the additional time will allow the Government to review and consider the Probation Office's ultimate sentencing recommendation before making its own request of the Court.

The Government therefore requests that the Court adjourn the sentencing until the last week of June 2026, with the Government's sentencing submission due one week prior to sentencing. The Government is also available for sentencing throughout the rest of the summer or in September. The Government believes this adjournment would cause minimal, if any, prejudice, given that the defendant has pleaded guilty to counts that carry a 20 year mandatory minimum sentence. Defense counsel has advised that it consents to a one-day adjournment of the Government's sentencing submission to June 3, and prefers to keep the sentencing date as is. Defense counsel has stated that if the Court is inclined to grant an adjournment, counsel can be flexible in June.

Granted Sentencing adjourned to 6/25/26 art 11 am

**SO ORDERED**

_____
**LEWIS A. KAPLAN, USDJ**

5/27/26

cc: Jennifer Brown, Esq.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____
Remy Grosbard
Assistant United States Attorney
(212) 637-2446